■ In the Matter of MAX ANDER, an Attorney.— Motion for reinstatement to the Bar granted. Concur — Stevens, J. P., Eager, Steuer, Tilzer and McNally, JJ.